# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED FEBRUARY 5, 2021

### NO. 03-19-00078-CV

**Appellants, 12636 Research Ltd.; Hsu Realty Company, Inc.; and Chi-kao Hsu//
Cross-Appellant, Indian Brothers, Inc. d/b/a Oak Liquor Cabinet**

**v.**

**Appellee, Indian Brothers, Inc. d/b/a Oak Liquor Cabinet//
Cross-Appellees, 12636 Research Ltd.; Hsu Realty Company, Inc.; and Chi-kao Hsu**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART—
### OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on November 21, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in that portion of the court's judgment that awarded expert fees to appellee. Therefore, the Court reverses that portion of the court's judgment that awarded $7,112.50 in expert fees to appellee and renders judgment that appellee take nothing on that claim. The Court further holds that there was no reversible error in the remainder of the court's judgment. Therefore, the Court affirms the remainder of the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.